**MEMO ENDORSED**

# Skovronsky & Weiser
## Attorneys at Law

HAROLD SKOVRONSKY
CHARLES WEISER

1222 AVENUE M
SUITE 501
BROOKLYN, NY 11230
TEL. 718-336-8886
FAX 718-336-8104

December 11, 2025

*Application granted. Plaintiff shall submit her anticipated motion for judgment on the pleadings by no later than January 16, 2026.*

*Dated: December 15, 2025*
*New York, New York*

**SO ORDERED:**

*[signature: Gary Stein]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:    BOSCHETTI – v – COMMISSIONER OF SOCIAL SECURITY
       25-CV-6453

Honorable Judge Stein,

Pursuant to the Court's scheduling order, plaintiff's motion for judgment on the pleadings is to be filed and served on or before December 17, 2025. As a result of an extraordinary backlog in my office, I will be unable to complete plaintiff's motion in timely fashion. Accordingly, I am constrained to ask the Court for a 30-day extension, whereby plaintiff's motion will be due on January 16, 2026.

The Assistant United States Attorney has kindly consented to this request but has requested that defendant be granted 60 days thereafter to cross-move.

Thank you for Your Honor's attention.

Respectfully,

*Harold Skovronsky*

Harold Skovronsky

HS:bs
cc: Padma Ghatage
    Assistant United States Attorney